## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PICON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>TRAVELEX CURRENCY SERVICES INC.,<br><br>    Defendant. | CASE NO. 1:20-CV-03147-PKC |

**NOTICE OF TRAVELEX CURRENCY SERVICES INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6)**

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the declaration of Jonathan B. New dated August 14, 2020, with exhibit, Defendant Travelex Currency Services Inc. will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at a time to be determined by the Court, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6) dismissing Plaintiff's First Amended Class Action Complaint with prejudice (Dkt. #17), and  granting such other relief as the Court may deem just and proper.

Dated: August 14th, 2020          Respectfully submitted,

*/s/ Jonathan B. New*         

Jonathan B. New
Robyn M Feldstein
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10011
Telephone: 212.589.4200
Facsimile: 212.589.4201
jnew@bakerlaw.com
rfeldstein@bakerlaw.com

Paul Karlsgodt
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303-861-0600
Facsimile: 303-861-7805
pkarlsgodt@bakerlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion to Dismiss was filed and served on all counsel of record on this 14th day of August, 2020, via the Court's ECF system.


_/s/Jonathan B. New_