# BURSOR & FISHER
P.A.

1990 NORTH CALIFORNIA BLVD.　　　　　　　　　　　　　　　　　　　　　　　NEAL J. DECKANT
SUITE 940　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: 925.300.4455
WALNUT CREEK, CA 94596　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 925.407.2700
www.bursor.com　　　　　　　　　　　　　　　　　　　　　　　　　　　　ndeckant@bursor.com

September 10, 2020

*Via ECF:*

Hon. P. Kevin Castel
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY  10007-1312

Re:　*Robert Picon v. Travelex Currency Services Inc.*, No. 1:20-cv-03147-PKC

Dear Judge Castel:

　　　　I represent Plaintiff Robert Picon ("Plaintiff") in the above-referenced matter.  As will be discussed below, I write pursuant to Your Honor's Individual Practices 1(A) and 1(B) to request a 14-day extension for Plaintiff to respond to the Rule 12 motion filed by Defendant Travelex Currency Services Inc. ("Defendant" or "Travelex").  The Initial Pretrial Conference is scheduled for December 7, 2020.  *See* Dkt. 20.  There are no related actions.

　　　　Plaintiff filed the operative First Amended Class Action Complaint on June 23, 2020.  *See* Dkt. 17.  Defendant filed a timely Rule 12 motion on August 14, 2020.  *See* Dkt. 22.  Under the parties' briefing schedule, Plaintiff's opposition brief is due to be filed by October 5, 2020, and Defendant's reply brief is due by October 26, 2020.  *See* Dkts. 20, 25.

　　　　The parties request a 14-day extension of the deadlines for Plaintiff's opposition brief (*i.e.*, from October 5 to October 19, 2020) and Defendant's reply brief (*i.e.*, October 26 to November 9, 2020).  The parties make this request because they are actively exploring the potential resolution of this matter, to which they are making positive progress.  The parties are cautiously optimistic that they will resolve this matter.  Permitting this modest extension will allow the parties the opportunity to finish their negotiations, and dismiss this case.

　　　　On May 11, 2020, the Court extended Defendant's deadline to respond to the initial Complaint from May 13 to June 15, 2020.  *See* Dkt. 9.  The Court also adjourned the Initial Pretrial Conference from June 24 to July 20, 2020.  *See id*.  On July 2, 2020, the Court once again adjourned the Initial Pretrial Conference to December 7, 2020.  *See* Dkt. 20.  In the same order, the Court granted the briefing schedule on Defendant's Rule 12 motion, discussed above.  *See id*.  Most recently, on August 8, 2020, the Court extended the dates for Rule 12 briefing by 21 days so that the parties could explore resolution.  The parties are pleased to report that they have made significant progress in these endeavors, though they just need slightly more time to complete their discussions.

  The party's request should have no bearing on discovery or the timing of the Initial Pretrial Conference. Defendant joins in this request. To the extent the Court has questions, we are available to respond.

                Very truly yours,

                Neal J. Deckant