Neal J. Deckant (State Bar No. 5026208)
**BURSOR & FISHER, P.A.**
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ndeckant@bursor.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT PICON, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TRAVELEX CURRENCY SERVICES INC.,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No.: 1:20-cv-03147-PKC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Robert Picon hereby dismisses, with prejudice, all claims against Defendant Travelex Currency Services Inc. Each party shall bear its own costs.

Dated: September 22, 2020                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:        */s/ Neal J. Deckant*
              Neal J. Deckant

Neal J. Deckant (State Bar No. 5026208)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ndeckant@bursor.com

*Attorneys for Plaintiff*